EDMUND G. BROWN JR.
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
SCOTT J. FEUDALE
Deputy Attorney General
State Bar No. 242671
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5871
  Fax:  (415) 703-5843
  E-mail:  Scott.Feudale@doj.ca.gov
*Attorneys for Defendant C. Daly*

KEITH WATTLEY, SBN 203366
UNCOMMON LAW
220 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 271-0310
Facsimile: (510) 271-0101
kwattley@theuncommonlaw.com
*Attorney for Plaintiff Stephen Liebb*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STEPHEN LIEBB,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**C. DALY, BPT COMMISSIONER,**<br><br>                    Defendant. | Case No. C 04-0950 CW (PR)<br><br>**JOINT STIPULATION AND ORDER TO SET DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR HEARING AS MODIFIED** |

On March 17, 2009, the Court denied Defendant's motion for judgment on the pleadings and ordered Defendant to file a motion for summary judgment within sixty days.  Plaintiff's opposition was due within thirty days, and Defendant's reply fifteen days thereafter.  (Order Den. Def.'s Mot. J. Pleadings 11.)  In its order, the Court did not schedule a hearing date.  (*See id.*)

1

Northern District Civil Local rules generally require that a motion be "noticed on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Civ. L. R. 7-2. Moreover, Defendant's motion includes complex issues of state law governing the application of the doctrine of res judicata. Accordingly, the parties believe oral argument is necessary on this motion.

The parties' counsel are both available for oral argument on July 9, 2009 at 2:00 p.m. and respectfully request that the Court place this matter on its motion calendar on that date. If the hearing cannot be scheduled on that date, the parties respectfully request that the matter be heard on the Court's next available law and motion hearing date, subject to the following exceptions: 1) Plaintiff's counsel is unavailable from July 10 to 31, 2009; 2) Defendant's counsel is unavailable from August 10 to 14, 2009.

IT IS SO STIPULATED:

DATED: _____        _____
                                      KEITH WATTLEY
                                      UNCOMMON LAW
                                      Attorney for Plaintiff Stephen Liebb

DATED: _____        EDMUND G. BROWN JR.
                                      Attorney General of California

                                By:  _____
                                     SCOTT J. FEUDALE
                                     Deputy Attorney General
                                     Attorney for Defendant C. Daly

IT IS ORDER that Defendants motion for summary judgment shall be heard on August 27, 2009 at 2:00 p.m. in Courtroom 2 of this Court, unless the Court decides the matter on the papers before that or vacates the hearing.

          7/14/09
DATED:_____                    _____

2

Jt. Stip. & [Proposed] Order Set Def.'s Mot. Summ. J. Hearing  (C 04-0950 CW (PR))

HON. CLAUDIA WILKEN
United States District Judge

SF2006200159
40351270.doc

3

Jt. Stip. & [Proposed] Order Set Def.'s Mot. Summ. J. Hearing  (C 04-0950 CW (PR))